THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANSELMO SOTO, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Soto* (163 AD2d 889 [No. 125] [decided herewith]). (Appeal from judgment of Oneida County Court, Buckley, J.—conspiracy, second degree.) Present—Dillon, P. J., Callahan, Green, Balio and Lowery, JJ.